UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LOUIS BROCK, JR., | ) | Case No. 3:17-cv-00837-WQH-MDD |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that this case shall be remanded back to the Social Security Administration for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Defendant, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to reconsider whether Plaintiff remained capable of performing other work at step five of the sequential evaluation process. The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

Dated: November 3, 2017

Hon. William Q. Hayes
United States District Court

1